John M. August, Esq.
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333
Attorneys for BofI Federal Bank

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No. 16-25700 (-----) |
| 10SCHALK, LLC, | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that BofI Federal Bank ("BofI"), by and through its counsel, Saiber LLC, hereby appears in this case pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and requests that copies of all notices and pleadings given or filed in this case be given to and served upon the following:

> John M. August, Esq.
> jaugust@saiber.com
> Saiber LLC
> 18 Columbia Turnpike, Suite 200
> Florham Park, New Jersey 07932

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex, e-mail, or otherwise filed or made with regard to the referenced case and proceedings therein.

01151138.DOC

**PLEASE TAKE FURTHER NOTICE** that BofI does not intend this Notice of Appearance and Request for Notices and Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its rights to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its rights to trial by jury in any proceeding related to this case; (iii) its rights to move to withdraw the reference, or object thereto, in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments BofI expressly reserves.

        SAIBER LLC
        Attorneys for BofI Federal Bank

        By: /s/ John M. August
           JOHN M. AUGUST

DATED: August 16, 2016